**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7893**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAYMOND CHERISSON,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-94-97)

───────────

Submitted: February 20, 2003      Decided: February 27, 2003

───────────

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raymond Cherisson, Appellant Pro Se. Christine Blaise Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Cherisson appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and order and find no reversible error. See Temkin v. Frederick County Comm'r, 945 F.2d 716, 723 (4th Cir. 1991). The claims Cherisson raised in his Rule 60(b) motion are foreclosed by the mandate rule. United States v. Bell, 5 F.3d 64, 66-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED